IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTÉE LAUDER COSMETICS LTD. and MAKE-UP ART COSMETICS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALI- BEAUTIES STORE STORE, et al., <br><br> Defendants. | Case No. 19-cv-04579 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge M. David Weisman** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Estée Lauder Cosmetics Ltd. and Make-Up Art Cosmetics Inc. (together, "Estée Lauder" or "Plaintiffs") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Estée Lauder having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendants Hexinstore, 527527 Store, Ali- Beauties Store Store, Ali Jetting Makeup Store, Ali-Lillian HB Store, Beautify the Features Store, CLJ Beside Store, Confident Women Store, Exquisite Girl Store, Fashion Store NO.1, HiSunny Store, HNKMP Makeup Store, Moonnight Shadow Store, Skin care man Store, Sunny Chou Commercial Store, WE S7 Store, YOVIP VIP Store, chengying30050, Flower language ghfnn, lizhikang5012s, WINDCLOUD, and Xin BAZAAR, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Estée Lauder a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

1

Estée Lauder having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the MAC Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,642,532 | M·A·C | For: cosmetics, namely, eye shadow, eye make-up remover, eye liner, foundation make-up, face powder, lipstick, lip gloss, lip shiner, mascara, nail polish, eyebrow pencil, rouge, face shimmers, body lotions, moisture lotion, moisture tonics, skin cleaner, dusting powder, facial moisturizers in class 003.<br><br>For: cosmetic pencil sharpeners in class 016.<br><br>For: cosmetic cases sold empty, cosmetic brushes, dusters for applying make-up, lip brushes, and cosmetic sponges in class 021. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,023,827 | MAC | For: cosmetic products including lipsticks, lip gloss, lip liners, lip balms, eye shadows, eye lining pencils, liquid eye liners, eye makeup, mascara, eyebrow pencils, artificial eyelashes, blushers, bronzers, multi-use cosmetic sticks, foundation makeup, pressed powder, loose powder, makeup remover, concealers, eye palettes, lip palettes, make-up kits, multi-use colored creams, powders and gels for use on face; nail polish, nail enamel, nail polish remover; non-medicated skin care products, namely cleansers, exfoliators, toners, eye creams, cleansing wipes, moisturizing spritzers, tinted moisturizers; fragrances for personal use in class 003.<br><br>For: consultation services in the selection and use of cosmetics, toiletries and beauty treatment in class 044. |
| 3,237,448 | MAC | For: carry-all bags; clutch bags; cosmetic bags sold empty; roll bags; travelling bags; waist bags in class 018.<br><br>For: cosmetic brushes in class 021. |
| 4,184,695 | M·A·C (stylized) | For: carry-all bags, cosmetic bags sold empty, shoulder bags, tote bags, clutch bags and travel bags in class 018. |
| 2,207,315 | STUDIO FIX | For: cosmetics, namely, make-up foundation in class 003. |
| 3,347,789 | M·A·C PREP + PRIME (stylized) | For: non-medicated skincare preparations in class 003. |
| 2,369,642 | VIVA GLAM | For: lipstick in class 003. |
| 3,469,550 | TECHNAKOHL LINER | For: cosmetics in class 003. |
| 3,516,371 | MINERALIZE | For: cosmetics in class 003. |

3

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,561,063 | FLUIDLINE | For: cosmetics in class 003. |
| 3,599,599 | DAZZLEGLASS | For: cosmetics in class 003. |
| 3,636,203 | CREMESHEEN | For: cosmetics in class 003. |
| 3,901,933 | MAC HAUTE & NAUGHTY LASH | For: cosmetics in class 003. |
| 4,022,031 | MAKE-UP ART COSMETICS | For: cosmetics in class 003. |
| 4,372,062 | VELUXE | For: cosmetics in class 003. |
| 4,645,887 | PATENTPOLISH | For: cosmetics in class 003. |
| 5,131,032 | RETRO MATTE | For: cosmetics in class 003. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Estée Lauder's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the MAC Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MAC

        product or not authorized by Estée Lauder to be sold in connection with the MAC Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MAC product or any other product produced by Estée Lauder, that is not Estée Lauder's or not produced under the authorization, control or supervision of Estée Lauder and approved by Estée Lauder for sale under the MAC Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Estée Lauder, or are sponsored by, approved by, or otherwise connected with Estée Lauder;

    d. further infringing the MAC Trademarks and damaging Estée Lauder's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Estée Lauder, nor authorized by Estée Lauder to be sold or offered for sale, and which bear any of Estée Lauder's trademarks, including the MAC Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Estée Lauder's choosing:

    a. permanently transfer the Defendant Domain Names to Estée Lauder's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Estée Lauder's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Estée Lauder's selection.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the MAC Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the MAC Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Estée Lauder is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit MAC Trademarks on products sold through at least the Defendant Internet Stores. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to Estée Lauder as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com and Amazon

Pay, are ordered to release to Estée Lauder the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until Estée Lauder has recovered full payment of monies owed to it by any Defaulting Defendant, Estée Lauder shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Jessica Heiss, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies restrained in Defaulting Defendants' financial accounts to Estée Lauder as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Estée Lauder identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Estée Lauder may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-

    mail addresses identified in Exhibits 3 and 4 to the Declaration of Jessica Heiss and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) cash bond posted by Estée Lauder, including any interest minus the registry fee, is hereby released to Estée Lauder or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Estée Lauder or its counsel by check made out to the Greer, Burns & Crain IOLTA account.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

Dated: September _12_, 2019

_____
John J. Tharp, Jr.
United States District Judge

Estée Lauder Cosmetics Ltd., et al. v. Ali- Beauties Store Store, et al.
Case No. 19-cv-04579

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Ali- Beauties Store Store | 2 | Ali Jetting Makeup Store |
| 3 | Ali-Lillian HB Store | 4 | Shenzhen Sincemile Makeup Co., Ltd. |
| 5 | POCHOS001 Store | 6 | 527527 Store |
| 7 | anna makeup Store | 8 | Beautify the Features Store |
| 9 | candy3 Store | 10 | CLJ Beside Store |
| 11 | Confident Women Store | 12 | Exquisite Girl Store |
| 13 | fashion curtilage | 14 | Fashion Store NO.1 |
| 15 | DISMISSED | 16 | high quality discount store |
| 17 | HiSunny Store | 18 | HNKMP Makeup Store |
| 19 | Lolede Makeup Store | 20 | mary2 makeup Store |
| 21 | MM Comestic Store | 22 | Moonnight Shadow Store |
| 23 | Shop4229027 Store | 24 | Shop4442006 Store |
| 25 | Shop4969086 Store | 26 | Skin care man Store |
| 27 | Sunny Chou Commercial Store | 28 | WE S7 Store |
| 29 | YOVIP VIP Store | 30 | YUYU 686850 Store |
| 31 | 3cn4982 | 32 | hexinstore |
| 33 | highsunny | 34 | hkwisefield |
| 35 | jdxb2438 | 36 | jewelry-work |
| 37 | keenhood | 38 | kiss0922 |
| 39 | lxh688 | 40 | stunner1975 |
| 41 | viattracting | 42 | yy_-74 |
| 43 | bfteletronic | 44 | chengying30050 |
| 45 | commerce | 46 | E.Fashion Online Store |
| 47 | Flower language ghfnn | 48 | DISMISSED |
| 49 | ilirongrongshoping | 50 | kissmizi |
| 51 | lizhikang5012s | 52 | Malaka |
| 53 | precision hardware plastic electronics technology co., LTD | 54 | Qzoo |
| 55 | Sfc co.ltd | 56 | Smallhouser |
| 57 | soso1993 | 58 | to one's joy |
| 59 | WINDCLOUD | 60 | Xfengda |
| 61 | Xin BAZAAR | 62 | cheapmaccosmetic.com |
| 63 | didonnafrancesco.com | 64 | cheapmacmakeupkit.com |
| 65 | maccosmetics2019.com | 66 | taranaokoohrtman.com |

10

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | afloat-fabulous.com | 68 | maccosmeticsbulk.com |
| 69 | macmakeupoutletonline.com | 70 | maccosmeticsco.com |
| 71 | bobosmakeup.com | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/4382009 | 2 | aliexpress.com/store/2342174 |
| 3 | aliexpress.com/store/1096648 | 4 | sincemile.en.alibaba.com |
| 5 | aliexpress.com/store/2780141 | 6 | aliexpress.com/store/3211051 |
| 7 | aliexpress.com/store/4600014 | 8 | aliexpress.com/store/1384042 |
| 9 | aliexpress.com/store/4660099 | 10 | aliexpress.com/store/2906136 |
| 11 | aliexpress.com/store/2944216 | 12 | aliexpress.com/store/3224145 |
| 13 | aliexpress.com/store/1966234 | 14 | aliexpress.com/store/411898 |
| 15 | DISMISSED | 16 | aliexpress.com/store/4535032 |
| 17 | aliexpress.com/store/2949026 | 18 | aliexpress.com/store/3218075 |
| 19 | aliexpress.com/store/2406045 | 20 | aliexpress.com/store/4491090 |
| 21 | aliexpress.com/store/4418047 | 22 | aliexpress.com/store/3901043 |
| 23 | aliexpress.com/store/4229027 | 24 | aliexpress.com/store/4442006 |
| 25 | aliexpress.com/store/4969086 | 26 | aliexpress.com/store/4226015 |
| 27 | aliexpress.com/store/1709336 | 28 | aliexpress.com/store/2939034 |
| 29 | aliexpress.com/store/3654014 | 30 | aliexpress.com/store/3571010 |
| 31 | ebay.com/usr/3cn4982 | 32 | ebay.com/usr/hexinstore |
| 33 | ebay.com/usr/highsunny | 34 | ebay.com/usr/hkwisefield |
| 35 | ebay.com/usr/jdxb2438 | 36 | ebay.com/usr/jewelry-work |
| 37 | ebay.com/usr/keenhood | 38 | ebay.com/usr/kiss0922 |
| 39 | ebay.com/usr/lxh688 | 40 | ebay.com/usr/stunner1975 |
| 41 | ebay.com/usr/viattracting | 42 | ebay.com/usr/yy_-74 |
| 43 | wish.com/merchant/59240aa604fc04799ce70e69 | 44 | wish.com/merchant/5982ee2015da075449e715ea |
| 45 | wish.com/merchant/595f3fe782a8544cd324a2a0 | 46 | wish.com/merchant/56de7ef10be3ef129a58c9a1 |
| 47 | wish.com/merchant/5b304716d198391659610eec | 48 | DISMISSED |
| 49 | wish.com/merchant/5b0fbb2c012875 3326df873a | 50 | wish.com/merchant/59cb162ab771734914fdd3de |
| 51 | wish.com/merchant/5a794c5eaac71f4410be57a8 | 52 | wish.com/merchant/5794df75d057a32ec0b5a254 |
| 53 | wish.com/merchant/558bcdfce626764003fc5bb8 | 54 | wish.com/merchant/57b72bf31f608c3d5bd00be3 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 55 | wish.com/merchant/55570926f9281019fa4f6de9 | 56 | wish.com/merchant/593b698aff3e800f8f91ee73 |
| 57 | wish.com/merchant/55db1636aed1de104870ba0a | 58 | wish.com/merchant/56498729fe1176128aad5206 |
| 59 | wish.com/merchant/57ac29b23c284826cc68e3d9 | 60 | wish.com/merchant/5864a1e4730cbd4cb8851d02 |
| 61 | wish.com/merchant/58c001de6f009c3db7d400df | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | cheapmaccosmetic.com | 2 | didonnafrancesco.com |
| 3 | cheapmacmakeupkit.com | 4 | maccosmetics2019.com |
| 5 | taranaokoohrtman.com | 6 | afloat-fabulous.com |
| 7 | maccosmeticsbulk.com | 8 | macmakeupoutletonline.com |
| 9 | maccosmeticsco.com | 10 | bobosmakeup.com |